UNITED STATES of America, Plaintiff-Appellee,

v.

Leonel MARIN-TORRES, Defendant-Appellant.

No. 16-30260

United States Court of Appeals, Ninth Circuit.

Submitted November 17, 2017 *

Filed November 17, 2017

Helen J. Brunner, Esquire, Assistant U.S. Attorney, Carl Andrew Colasurdo, Sarah Y. Vogel, Assistant U.S. Attorneys, DOJ-Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee

Leonel Marin-Torres, Pro Se

Before: FARRIS, CANBY, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Leonel Marin-Torres appeals from the district court's order denying his 18 U.S.C. § 3582 motion to reduce his sentence. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Marin-Torres's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Marin-Torres the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

The district court did not abuse its discretion in declining to reduce Marin-Torres's sentence because of his extensive record of violence before and after his sentence was imposed. In addition, our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**